No. 87-6881. SEALS v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 87-6883. FOWLER v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87-6885. WILLIAMS v. DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES. Ct. App. D. C. Certiorari denied.

No. 87-6887. McFARLAND v. ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 87-6892. ROBINSON v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC AND CLASSIFICATION CENTER AT GRATERFORD, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87-6894. DORTCH ET AL. v. O'LEARY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87-6896. ERICKSON v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 87-6912. WATERS v. NEUBERT ET AL. C. A. 3d Cir. Certiorari denied.

No. 87-6923. VILLARRUBIA v. UNITED STATES POSTAL OFFICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 87-6936. GOMEZ DeSIERRA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87-6946. FERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87-6959. McGEE v. RANDALL DIVISION OF TEXTRON, INC., OF GRENADA, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.